# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


ANTHONY WAYNE MANGUM,     )
                                   )
           **Petitioner,**       )
                                   )        **1:09CV817**
      **v.**                   )        **1:06CR58-1**
                                   )
**UNITED STATES OF AMERICA,**     )
                                   )
           **Respondent.**      )

## O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on June 22, 2010, was served on the parties in this action. Petitioner objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that Respondent's motion to dismiss this action for being filed beyond the one-year limitation period [Docket No. 60] is **GRANTED**, that Petitioner's motion to vacate, set aside or correct sentence [Docket No. 52] is **DENIED**, and that this action is dismissed with prejudice. A Judgment dismissing this action will be entered contemporaneously with this Order. Finding no substantial issue for appeal

concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

This the 31st day of October, 2011.

  /s/   N. Carlton Tilley, Jr.
Senior United States District Judge